[No. 6957–8–I.   Division One.   January 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
L. BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. J–83760, Herbert M. Stephens, J., entered
September 25, 1978. *Affirmed* by unpublished opinion per
James, J., concurred in by Callow, C.J., and Williams, J.

[No. 7112–2–I.   Division One.   January 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
H. PETTER, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 3531, Walter J. Deierlein, Jr., J., entered Octo-
ber 19, 1978. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Andersen and Dore, JJ.

[No. 7140–8–I.   Division One.   January 21, 1980.]

JACK C. VANDEURSEN, ET AL, *Appellants,* v. STANLEY
H. NOLAND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 144047, Thomas G. McCrea, J.,
entered October 23, 1978. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by James, A.C.J., and
Williams, J.

[No. 7162–9–I.   Division One.   January 21, 1980.]

*In the Matter of the Welfare of*
NICOLE MARIE KRAUS.

Appeal from a judgment of the Superior Court for King
County, No. J–81757, William C. Goodloe, J., entered
November 30, 1978. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by James, A.C.J., and Dore, J.